DOMINIKA ZAKRZEWSKA, Respondent, v THE NEW SCHOOL, Appellant, et al., Defendant.

Submitted March 22, 2010; decided March 25, 2010

Motion by New York University et al. to join as amici curiae in the brief submitted by Memorial Sloan-Kettering Cancer Center et al. granted.